IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CINDY HARVELL                                                           PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 3:15cv496HTW-LRA

FIRE MOUNTAIN RESTAURANTS, LLC                          DEFENDANT

## AGREED FINAL JUDGMENT OF DISMISSAL

**CAME ON TO BE CONSIDERED** the joint Motion to Dismiss of the Plaintiff, Cindy Harvell and Defendant Fire Mountain Restaurants, LLC, and the Court having considered same and being otherwise advised in the premises, finds that said Motion is well-taken and should be granted. It is, therefore,

**ORDERED AND ADJUDGED** that the Plaintiff's claims against the Defendant, Fire Mountain Restaurants, LLC, are hereby dismissed with prejudice. It is further,

**ORDERED AND ADJUDGED** that the parties shall bear their own costs.

**SO ORDERED AND ADJUDGED** this the 12th day of February, 2016.

                                                                   s/ HENRY T. WINGATE
                                                                   UNITED STATES DISTRICT JUDGE

*Agreed as to form and substance:*

s/William Liston, III
William Liston, III, Esq., Attorney for
Plaintiff, Cindy Harvell

s/Trace D. McRaney
Trace D. McRaney, Esq., Attorney for
Defendant, Fire Mountain Restaurants, LLC